**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 435 MAL 2018

       Respondent        :

       :    Petition for Allowance of Appeal from

       :    the Order of the Superior Court

       v.        :

       :

TELLY MONTEZ THORPE,        :

       :

       Petitioner        :

## ORDER

**PER CURIAM**

       **AND NOW**, this 20th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.